452 A.2d 64

Commonwealth v. McKenna, Jr., Appellant.

Submitted May 12, 1982. Robert Thomas Panowicz, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Affirmed.

452 A.2d 64

Commonwealth v. Melvin, Appellant.

Submitted December 7, 1981. James R. Protasio, Assistant Public Defender, for appellant; Kenneth Brown, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence of the learned Lycoming County Common Pleas Court Judge Charles F. Greevy is affirmed.